IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN RUELL,<br><br>*Plaintiff*<br><br>v.<br><br>**DENIS R. MCDONOUGH, SECRETARY DEPARTMENT OF VETERANS AFFAIRS,**<br><br>*Defendant* | Case No. 2:23-cv-03513-JDW |

### ORDER

**AND NOW**, this 13th day of November, 2024, upon review of Defendant's Motion For Summary Judgment (ECF No. 35), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON